DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SCOTT v. MOSER

No. 133 PC.

Case below: 31 N.C. App. 268.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.

STANBACK v. STANBACK

No. 116 PC.

Case below: 31 N.C. App. 174.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.

STATE v. BOYD

No. 131 PC.

Case below: 31 N.C. App. 328.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.

STATE v. CODY

No. 40.

Case below: 31 N.C. App. 524.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 January 1977.

STATE v. CORPENING

No. 33.

Case below: 31 N.C. App. 376.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 January 1977.